FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 17, 2022, 12:40 pm
John A. Mannle, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| IN RE CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST,<br><br>Movant. | Case No. 22-mc-00286-DKW-KJM<br><br>**ORDER UNSEALING IN PART CERTAIN CASES AND COURT RECORDS**[1] |

On October 20, 2022, the Court entered an Order providing the government until November 4, 2022 to respond, if at all, to various proposals made with respect to the sealing or unsealing of documents in approximately 23 cases identified in Movant Civil Beat Law Center for the Public Interest's motion to unseal certain court records. Dkt. No. 22.[2]

Almost two weeks after the November 4, 2022 deadline, the Court has received no response from the government. In this light, the Court finds that the government does not oppose the proposals set forth in the October 20, 2022 Order. Accordingly, for the reasons set forth in said Order, *see id.* at 3-6, the Court ORDERS as follows.

1. The Clerk is instructed to keep Case No. 19-MJ-01189 and Case No. 20-MJ-00542 under SEAL. In addition, the Clerk is instructed to

---

[1] Pursuant to Local Rule 7.1(c), the Court elects to decide this matter without a hearing.
[2] The procedural background preceding October 20, 2022 can be found in the Order of the same date. Dkt. No. 22 at 1-2.

  keep the following documents under SEAL: Dkt. No. 1 in Case No. 17-MJ-00909; Dkt. Nos. 1, 1-1, 1-2, 1-3, 3, 3-1, 3-2 in Case No. 19-MJ-00329; and Dkt. Nos. 1, 1-1, 1-2, 2, 5, 5-1, 5-2 in Case No. 19-MJ-00787.  Within six (6) months, and, as appropriate, every six months thereafter, the government is instructed to provide a status report on each of the cases referenced in this paragraph, specifically addressing whether the above documents should remain sealed and, if so, the reasons why.

2. The Clerk is instructed to UNSEAL the following documents: Dkt. Nos. 1-1, 1-2, 5-2 in Case No. 16-MJ-00099; Dkt. No. 1-1 in Case No. 18-MJ-00192; Dkt. No. 1-1 in Case No. 19-MJ-00330; Dkt. No. 1, 1-1, 1-2, 3, 3-1, 3-2 in Case No. 19-MJ-00346; and Dkt. No. 5-2 in Case No. 19-MJ-00484.

3. The Clerk is instructed to file the exhibits in the form attached to this Order as follows: Exhibit 1 in Case No. 15-MJ-01345; Exhibit 2 in Case No. 15-MJ-01346; Exhibit 3 in Case No. 15-MJ-01347; Exhibit 4 in Case No. 15-MJ-01449; Exhibit 5 in Case No. 16-MJ-00046; Exhibit 6 in Case No. 16-MJ-00047; Exhibit 7 in Case No. 16-MJ-00099; Exhibit 8 in Case No. 16-MJ-00692; Exhibit 9 in Case No. 16-

MJ-00693; Exhibit 10 in Case No. 18-MJ-192; Exhibit 11 in Case No. 18-MJ-00233; Exhibit 12 in Case No. 18-MJ-00332; Exhibit 13 in Case No. 18-MJ-00993; Exhibit 14 in Case No. 18-MJ-00994; Exhibits 15 & 16 in Case No. 19-MJ-00175; Exhibit 17 in Case No. 19-MJ-00330; Exhibit 18 in Case No. 19-MJ-00346; and Exhibits 19 & 20 in Case No. 19-MJ-00484.   Within six (6) months, and, as appropriate, every six months thereafter, the government is instructed to provide a status report on each of the cases referenced in this paragraph, specifically addressing whether the above documents should remain redacted, as filed, and, if so, the reasons why.

The Clerk is instructed to file this Order in the instant case, as well as in each case identified herein.

IT IS SO ORDERED.

Dated: November 17, 2022 at Honolulu, Hawai'i.

Derrick K. Watson
Chief United States District Judge

*In Re Civil Beat Law Center For The Public Interest*; Misc. 22-00286 DKW-KJM; **ORDER UNSEALING IN PART CERTAIN CASES AND COURT RECORDS**