CLARE E. CONNORS, #7936
United States Attorney
District of Hawaii

MICHAEL NAMMAR
MARK A. INCIONG
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Michael.Nammar@usdoj.gov
       Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST,<br><br>Movant. | MISC. NO. 22-00286-DKW-KJM<br><br>SECOND STATUS REPORT; CERTIFICATE OF SERVICE |

## SECOND STATUS REPORT

The government respectfully submits its second status report regarding the four cases that remain sealed: (1) Case No. 19-MJ-00787, Dkt. Nos. 1; 1-1; 1-2; 2; 5; 5-1; 5-2; (2) Case No. 17-MJ-00909; Dkt. No. 1-1; (3) Case No. 19-MJ-01189; and (4) Case No. 20-MJ-00542.

1. Paragraph 1 of the Court's October 2022 Order sealed Case No. 19-MJ-01189 and Case No. 20-MJ-00542. Dkt. 22, at 3. As this Court explained in its October 20, 2022, order (the "October 2022 Order"), these matters at that time involved "ongoing, pre-indictment criminal investigations and, therefore, no common law or constitutional right of access exists." Dkt. No. 22, at 3.

The government requests that those two cases remain sealed because the matters described in the cases remain in a pre-indictment stage, and because the investigations into those matters are still ongoing.

2. Paragraph 1 of the Court's October 2022 Order also sealed specifically identified documents in Case No. 17-MJ-00909 and Case No. 19-MJ-00787. The October 2022 Order explained that this was appropriate because there were pre-indictment, ongoing investigations into those matters.

//
//
//
//
//
//
//

The government is no longer requesting that Case No. 17-MJ-00909 and Case No. 19-MJ-00787 be kept under seal because those matters no longer relate to pre-indictment, ongoing investigations.

DATED: July 16, 2024, at Honolulu, Hawaii.

> CLARE E. CONNORS
> United States Attorney
> District of Hawaii
>
> */s/ Michael Nammar*
> By _____
> MICHAEL NAMMAR
> MARK A. INCIONG
> Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, the true and correct copy of the foregoing was served electronically through CM/EFC:

Served Electronically through CM/ECF:

R. Brian Black, Esq.
Stephanie Michelle Frisinger, Esq.

Attorneys for Movant
Civil Beat Law Center for the Public Interest

DATED: July 16, 2024, at Honolulu, Hawaii.

/s/ Tiani Kaneakua
U.S. Attorney's Office
District of Hawaii